FILED
2005 Nov-03 AM 08:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CURTIS DUNCAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: |
| | ) CV-05-RRA-1358-S |
| ANGELA THOMAS, et al., | ) |
| Defendants. | ) |

**Memorandum Opinion**

This case has come before the Court on the Motion to Dismiss filed by the Defendants. (Doc. 7). The Magistrate Judge has issued a Report and Recommendation in this matter. (Doc. 11).

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation it will be ordered that the Motion to Dismiss be **GRANTED in part** and that all claims asserted that accrued prior to June 23, 2003, be **DISMISSED, with prejudice**. It will also be **ORDERED** that the Plaintiff be allowed to file a First Amended Complaint in which the Plaintiff may add no new counts, but only revise his facts to reflect specific dates for the acts already alleged in his original Complaint.

**DONE** this 3rd day of November, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE